IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CV 08-B-1932-S |
| | ) | |
| CYNTHIA H. UMSTEAD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on January 22, 2009, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). (Doc. 7.)  The plaintiff filed objections to the Report and Recommendation on February 6, 2009.  (Doc. 9.)

In his objections, the plaintiff restates his claims that the defendant, attorney Cynthia Umstead, failed to "file motions and perform other legal duties," with regard to his appeal. (Doc. 9.)  The plaintiff claims that, "In not filing the plaintiff's traverse, Ms. Umstead assisted the prosecutor in securing plaintiff's sentence and conviction."  (Doc. 9 at 2.)

It appears that the plaintiff seeks to state claims for legal malpractice against the defendant. However, there is no federal cause of action for legal malpractice, and the court has no subject matter jurisdiction over the plaintiff's claims for legal malpractice. *See Diaz v. Sheppard*, 85 F.3d 1502, 1505-06 (11th Cir. 1996).  Moreover, it is well established that a private attorney representing a defendant in a criminal case does not act "under color of state law" and cannot be liable in an action

brought under 42 U.S.C. § 1983 absent specifically pled facts showing a conspiracy between the attorney and public officials fairly casting the imprimatur of the state on the attorney's acts. *See Wahl v. McIver*, 773 F.2d 1169, 1173 (11th Cir. 1985).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's Report is due to be and is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, the Complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Dated this 24th day of September, 2009.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE